AO 91 (Rev. 11/11) Criminal Complaint     AUSA Maureen B. McCurry (312) 371-7617

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION


FILED
4/4/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: 24 CR 172 |
| v. | |
| LARRY MCGEE | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about April 3, 2024, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841(a)(1) | defendant did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperindinyl] propanamide), a Schedule II Controlled Substance |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

THOMAS MCKEOWN
Postal Inspector,
United States Postal Inspection Service (USPIS)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: April 4, 2024    9:15am

*Judge's signature*

City and state: Chicago, Illinois

JEFFREY COLE, U.S. Magistrate Judge
*Printed name and title*

| | |
|---|---|
| UNITED STATES DISTRICT COURT | ) |
| | ) |
| NORTHERN DISTRICT OF ILLINOIS | ) |

## AFFIDAVIT

I, Thomas McKeown, being duly sworn, state as follows:

### I. INTRODUCTION AND AFFIANT BACKGROUND

1. I am a Postal Inspector with the U.S. Postal Inspection Service (USPIS) and have been so employed since approximately February 2019. As part of my duties as a USPIS Postal Inspector, I investigate criminal violations relating to violations of the federal laws relating to the mails and to controlled substances, including criminal violations of federal controlled substance laws, including, but not limited to Title 18, United States Code, Sections 1956 and 1957, and Title 21, United States Code, Sections 841, 843, 846, 848, 952 and 963. I have been involved with various electronic surveillance methods, the debriefing of defendants, informants, and witnesses, as well as others who have knowledge of the distribution, transportation, storage and importation of controlled substances.

2. I have received training in the area of narcotics investigations, money laundering, financial investigations and various methods which drug dealers use in an effort to conceal and launder the proceeds of their illicit drug trafficking enterprises. Additionally, I have participated in numerous investigations involving violations of narcotics laws.

3. I have participated in investigations that have resulted in the issuance of search warrants involving violations of narcotic laws. These warrants involved the

search of locations including: residences of targets, their associates and relatives, "stash houses" (houses used as drug/money storage locations), storage facilities, bank safe deposit boxes, cellular phones, computers, and other digital devices. Evidence, searched for, and recovered in these locations has included controlled substances, records pertaining to the expenditures and profits realized there from, monetary instruments and various assets that were purchased with the proceeds of the drug trafficking. I have participated in the execution of multiple federal search warrants.

4. This affidavit is made for the purpose of establishing probable cause in support of a complaint that charges as follows:

a. On or about April 3, 2024, in the Northern District of Illinois, defendant LARRY MCGEE, did possess with intent to distribute a controlled substance, namely a substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperindinyl] propanamide), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

5. The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts. Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

## II.  SUMMARY OF PROBABLE CAUSE

6. Since in or around September 2023, the USPIS has been investigating a pattern of suspicious packages that have been sent from Arizona to numerous

addresses in the Chicago area. As discussed below, law enforcement seized approximately 112 gross grams of M30 pills suspected to contain fentanyl from a USPS parcel (Parcel 1) on or about September 21, 2023. On or about September 22, 2023, LARRY MCGEE retrieved the parcel that previously contained the 112 grams of M30 pills from a Post Office in Chicago, Illinois. MCGEE was subsequently arrested by USPIS. During a recorded interview with law enforcement, MCGEE admitted to knowing the parcel contained M30 pills containing fentanyl and admitted he intended to distribute the pills to others.

7. On or about April 2, 2024, law enforcement identified a suspicious USPS parcel (Parcel 2) destined to an address in Chicago, Illinois which was mailed from Arizona. Law enforcement conducted surveillance on the delivery of the parcel and observed MCGEE take possession of Parcel 2. Law enforcement subsequently conducted a traffic stop on MCGEE's vehicle and a narcotics canine alerted to the vehicle. Law enforcement recovered Parcel 2 from the vehicle. Law enforcement subsequently searched Parcel 2 and recovered approximately 215 gross grams of M30 pills that field-tested positive for the presence of fentanyl.

### III. FACTS SUPPORTING PROBABLE CAUSE

**A. On or about September 21, 2023, Postal Inspectors recovered suspect fentanyl pills from Parcel 1 and MCGEE later admitted that he intended to take possession of the pills and distribute them.**

8. According to records kept by USPS, on or about September 19, 2023, a USPS Priority Mail parcel bearing tracking number 9505 5121 4126 3262 5321 85 (Parcel 1) was shipped to "Larry Bunch" at "736 North Troy St Floor 2 Chicago, IL

60612." Parcel 1 was shipped from Glendale, Arizona 85301 and had a return address of "Shane Smith 8450 N 59th Ave Glendale, AZ 85302." Parcel 1 bore approximately $17.10 in postage and weighed approximately 2 pounds and 4 ounces.

9. On or about September 21, 2023, I inspected Parcel 1 at the USPS Processing and Distribution Center in Chicago, IL. I observed several characteristics about Parcel 1 that, based on my training and experience, can be consistent with parcels containing controlled substances. First, I ran the sender and recipient names and addresses through a law enforcement database. According to the database, the listed sender name does not associate with the sender address. Furthermore, the postage for Parcel 1 was paid for in cash. Based on my training and experience, fictitious sender or receiver names, as well as paying for parcel postage in cash, can indicate that the sender or receiver does not want to be associated with the parcel.

10. Based on my training and experience, the combination of these characteristics led me to investigate further by calling in a narcotics dog to perform further examination of Parcel 1. I arranged a controlled substance detection test by placing Parcel 1 among approximately 12 other parcels in a workroom area. During the detection test, Des Plaines Police Department K9 "Jager" alerted to the possible presence of narcotics in Parcel 1.

11. On or about September 21, 2023, I submitted an affidavit in support of a warrant to seize and search Parcel 1and United States Magistrate Judge Jeffrey Gilbert, Northern District of Illinois, issued a search warrant for Parcel 1, in Case No. 23 M 899, for evidence of controlled substance offenses.

12. On or about September 21, 2023, after obtaining the search warrant, I, along with other Postal Inspectors, opened Parcel 1 in Chicago, Illinois. Inside Parcel 1, Inspectors found a toy set and a gray towel. Inside the towel was a bag of blue circular pills marked "M" on one side and "30" on the opposite side, as shown below. Based on my training and experience, I am aware that counterfeit oxycodone or "M30" pills commonly contain fentanyl. The bag of M30 pills weighed approximately 112 grams. Law enforcement seized the pills and submitted them to the USPIS laboratory for forensic analysis. The results are still pending.



13. The next day, on or about September 22, 2023, law enforcement scanned Parcel 1 as "Available for Pickup" at a Post Office in Chicago, Illinois. According to my observations during surveillance, approximately one hour after Parcel 1 was scanned, a male, later identified as LARRY MCGEE[1], arrived at the Post Office to

---

[1] After being detained on September 22, 2023, law enforcement recovered an Illinois identification card in the name of Larry MCGEE from the pants pocket of MCGEE.

pick up Parcel 1 from an Undercover postal inspector. According to my observations during surveillance, MCGEE exited the Post Office Lobby. According to my conversations with other Postal Inspectors, shortly therefore, law enforcement observed the opened Parcel 1 discarded in a trash can near the front door of the Post Office. Law enforcement subsequently arrested LARRY MCGEE. During a recorded, post *Miranda*, interview with law enforcement, LARRY MCGEE stated that he knew Parcel 1 contained "knock off Percocet" that was mixed with heroin or fentanyl. MCGEE stated he bought the pills from a "friend" in Arizona for $2 a pill and intended to sell them in the Chicago area for $3 a pill. LARRY MCGEE also stated he had previously used the United States Mail to receive pills containing fentanyl.

14. LARRY MCGEE was released by law enforcement on or about September 22, 2023, pending further investigation.

### B. On or about April 3, 2023, MCGEE possessed with intent to distribute suspect fentanyl pills contained in Parcel 2.

15. According to records kept by USPS, on or about April 1, 2024, a USPS Priority Mail parcel bearing tracking number 9505 5121 4126 4092 6134 64 (Parcel 2) was shipped to "Ron Lee" at 7748 South Hermitage Avenue Apartment 2 Chicago, Illinois 60620. Parcel 2 was shipped from Glendale, Arizona 85301 and had a return address of "Maria Lopez  5830 N 67th Glendale AZ 85301." Parcel 2 bore approximately $18.40 in postage and weighed approximately 2 pounds and 1 ounce.

16. On or about April 3, 2024, I inspected Parcel 2 in Chicago, IL. I observed several characteristics about Parcel 2 that, based on my training and experience, can be consistent with parcels containing controlled substances. First, I ran the sender

7

and recipient names and addresses through a law enforcement database. According to the database, the listed sender name does not associate with the sender address. Furthermore, the postage for Parcel 2 was paid for in cash. Based on my training and experience, fictitious sender or receiver names, as well as paying for parcel postage in cash, can indicate that the sender or receiver does not want to be associated with the parcel.

17. On or about April 3, 2024, law enforcement conducted surveillance on the delivery of Parcel 2. According to my conversations with surveillance officers, a USPIS Task Force Officer acting in an undercover capacity (UC) delivered Parcel 2 to 7748 South Hermitage Avenue. According to my conversations with surveillance officers, an unidentified person brought Parcel 2 inside 7748 South Hermitage Avenue shortly after it was delivered. Approximately two hours after Parcel 2 was delivered, law enforcement observed a blue Dodge Ram pickup truck bearing Illinois registration 2486630B park near 7748 South Hermitage Avenue. According to Illinois vehicle registration, the pickup truck's registration was expired and the last registered owner was LARRY MCGEE. Law enforcement observed LARRY MCGEE[2] exit the pickup truck and enter the front door of 7748 South Hermitage Avenue. A short time later, law enforcement observed LARRY MCGEE exit 7748 South Hermitage Avenue carrying a white package that resembled Parcel 2 LARRY

---

[2] Law enforcement identified MCGEE based on personal interactions with MCGEE on September 22, 2023.

MCGEE placed the package in the rear passenger area of the truck behind the driver's side and then depart the area.

18. According to Postal Inspector task force officers, a short time later, law enforcement conducted a traffic stop on LARRY MCGEE, the driver and sole occupant of the vehicle. At approximately 1:58 p.m., LARRY MCGEE was detained by law enforcement. A State of Illinois certified law enforcement narcotic detection canine then conducted a free air sniff around the exterior of LARRY MCGEE's truck. The canine alerted to the presence of narcotics in the area of the driver's side rear passenger door of the vehicle. Law enforcement subsequently searched the truck and recovered Parcel 2, which had not been opened, hidden underneath the rear passenger seat, as shown below.



9

19. Law enforcement subsequently transported LARRY MCGEE and Parcel 2 to the USPIS Chicago Office.

20. I, along with other Postal Inspectors, proceeded to search Parcel 2. Parcel 2 contained a red bath towel. Within the red bath towel was a smaller yellow towel and a bag of blue circular pills marked "M" on one side and "30" on the opposite side. Law enforcement field-tested one of the pills, which tested positive for the presence of fentanyl. The bag of M30 pills weighed approximately 215 grams. Law enforcement seized the pills and secured them at the USPIS Chicago office pending laboratory analysis.



...

## IV. CONCLUSION

21. Based on the above information, I respectfully submit that there is probable cause to believe that, on or about April 3, 2024, LARRY MCGEE possessed with intent to distribute a controlled substance, namely, a substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperindinyl] propanamide), a Schedule II Controlled Substance in violation of Title 21, United States Code, Sections 841(a)(1).

FURTHER AFFIANT SAYETH NOT.

_____
Thomas McKeown
Postal Inspector
U.S. Postal Inspection Service

Sworn to and affirmed by telephone 4th day of April, 2024