**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,
v.
Case No.: 1:24−cr−00172
Fugitive Calendar
Larry McGee
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 17, 2025:

MINUTE entry before the Honorable John J. Tharp, Jr: TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REASSIGNMENT: −IOP 13(b)(1) This case should be transferred to the Fugitive Calendar as the defendant is fugitive. Mailed notice (ph, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.